## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**CREDIT ACCEPTANCE CORPORATION**                                         **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.  3:06CV340HTW-JCS**

**ROSIE WASHINGTON**                                                      **DEFENDANT**

### <u>ORDER</u>

BE IT REMEMBERED that this matter came before the Court upon the motion of Credit Acceptance Corporation to transfer this matter to the Honorable Tom S. Lee in accordance with *CitiFinancial Corp. v. Harrison,* 2006 WL 1644828 (5th Cir. Jun. 15, 2006).  Having considered same, the Court finds that said motion is well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this matter be, and hereby is, transferred and reassigned to the Honorable Tom S. Lee.

SO ORDERED this the 30th day of June, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE

Dockets.Justia.com